**Opinion issued September 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NOS. 01-13-00418-CR & 01-13-00419-CR

———————————

### IN RE GLEN TATE, Relator

---

**Original Proceedings on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator Glen Tate filed a petition for writ of mandamus asking this Court to compel the trial court to rule on his "Motion for the Production of the Court

Reporter's Records" from the first trial of his offenses, conducted in the 179th District Court, which ended in a mistrial.[1]

Before we may grant such relief, a relator must establish that the trial court had a legal duty to rule on the motion, the court received and was asked to rule on the motion, and the court failed to do so. *In re Keeter*, 134 S.W.3d 250, 252 (Tex. App.—Waco 2003, orig. proceeding). Tate has not established these elements.

We deny the petition for writ of mandamus. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying proceedings are *State of Texas v. Tate*, Nos. 1309786 & 1309787 (209th District Court, Harris County, Texas), the Honorable Michael McSpadden presiding.